UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ARGONAUT GREAT CENTRAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:10CV2247 CDP |
| VALLEY VILLAGE, LLC, et al., | ) ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This is a Declaratory Judgment action under 28 U.S.C. § 2201 in which plaintiff Argonaut Great Central Insurance Company seeks a declaration that it is not required to defend defendant Valley Village LLC, d/b/a Comfort Inns & Suites Chesterfield, in an underlying lawsuit in Missouri state court. The remaining defendants are Valley Village's employee, Nasser Bainsaeid, and E.N., a minor. I previously entered an Order in this case setting a Scheduling Conference pursuant to Fed. R. Civ. P. 16 for Friday, April 1, 2011, and requiring the parties to file a Joint Scheduling Plan no later than March 25, 2011. However, on March 25, Argonaut filed a motion to extend the time to file the parties' Joint Scheduling Plan, because it had only served Valley Village on March 14, 2011, and Valley Village has not yet entered an appearance through counsel in this matter. Because I agree that Valley Village's input and assistance with the Joint Scheduling Plan is

necessary, I will grant the motion and will vacate the previous Order setting the Rule 16 Conference for April 1, 2011.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Argonaut's motion for extension of time [#19] is granted.

**IT IS FURTHER ORDERED** that the previous Order setting the Rule 16 Conference for Friday, April 1, 2011 is vacated.

**IT IS FURTHER ORDERED** that the parties shall file a motion to reset the Rule 16 conference once they have all met and conferred to discuss the schedule in this case pursuant to Rule 16.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of March, 2011.